# Court of Appeals
# of the State of Georgia

ATLANTA, __August 22, 2012__

*The Court of Appeals hereby passes the following order:*

**A12A2574. RONALD E. MASSEY, JR. v. ANGELA M. MASSEY.**

On June 27, 2012, the trial court entered an order finding Ronald Massey, Jr., in contempt based, in part, on his failure to pay amounts as required by a final divorce decree. Massey seeks to appeal this ruling in this Court.

"[A]n appeal from the judgment in a contempt action seeking to enforce any portion of [a] divorce decree other than child custody is ancillary to divorce and alimony and falls within [the Supreme] Court's jurisdiction over divorce and alimony cases." (Punctuation omitted.) *Rogers v. McGahee*, 278 Ga. 287, 288 (1) (602 SE2d 582) (2004). See also Ga. Const. of 1983, Art. VI, Sec. VI, Par. III (6); *Morris v. Morris*, 284 Ga. 748, 750 (2) (670 SE2d 84) (2008). Because this appeal involves such a contempt finding, it is hereby TRANSFERRED to the Supreme Court for disposition.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* __08/22/2012__
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*


, *Clerk.*